## FILING INDEX

| 1 | Defendant Sig Sauer, Inc.'s Notice of Removal |
|---|---|
| 2 | Executed Process |
| 3 | State Court Pleadings |
| 4 | State Court Orders |
| 5 | Docket Sheet – Harris County |
| 6 | List of All Counsel of Record |
| 7 | Civil Cover Sheet – Form JS44 |