7/27/2025 10:00 PM
Marilyn Burgess - District Clerk Harris County
Envelope No. 103632096
By: Tiffany Jefferson
Filed: 7/28/2025 12:00 AM

COPY OF PLEADING PROVIDED BY PLT

CAUSE NO. 202551394

RECEIPT NO: 1037896

TRACKING NO: 74514608

| Plaintiff:<br>FERNANDEZ, RICHARD<br>vs.<br>Defendant:<br>SIG SAUER INC | In The 061st<br>Judicial District Court of<br>Harris County, Texas<br>201 CAROLINE<br>Houston, Texas |
|---|---|

### CITATION CORPORATE

**THE STATE OF TEXAS**
**County of Harris**

To:   SIG SAUER INC (DELAWARE CORPORATION) MAY BE SERVED THROUGH ITS REGISTERED AGENT
COGENCY GLOBAL INC
**1601 ELM STREET SUITE 4360, DALLAS TX 75201**

Attached is a copy of: PLAINTIFF'S ORIGINAL PETITION

This instrument was filed on July 23, 2025 in the above cited cause number and court.  The instrument attached describes the claim against you.

**YOU HAVE BEEN SUED.**  You may employ an attorney.  If you or your Attorney do not file a written answer with the District Clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration date of 20 days after you were served this citation and petition, a default judgment may be taken against you.  In addition to filing a written answer with the clerk, you may be required to make initial disclosures to the other parties of this suit.  These disclosures generally must be made no later than 30 days after you file your answer with the clerk.  Find out more at TexasLawHelp.org.

This citation was issued on July 24, 2025, under my hand and seal of said court.



| Issued at the request of:<br>HARDIN, RUSSELL JR.<br>1401 MCKINNEY SUITE 2250<br><br>HOUSTON, TX   77010<br>713-652-9000<br>Bar Number: 08972800 | Marilyn Burgess, District Clerk<br>Harris County, Texas<br>201 CAROLINE    Houston   Texas 77002<br>(PO Box 4651, Houston, Texas 77210)<br><br>Generated By:TAIASHA BRADFORD |
|---|---|

Certified Document Number: 1217773314 - Page 1 of 3

Tracking Number: 74514608

**CAUSE NUMBER: 202551394**

| | |
|---|---|
| **PLAINTIFF: FERNANDEZ, RICHARD** | In the 061st |
| vs. | Judicial District Court of |
| **DEFENDANT: SIG SAUER INC** | Harris County, Texas |

OFFICER – AUTHORIZED PERSON RETURN

Came to hand at _____ o'clock ___. M. on the _____ day of _____, 20_____. Executed at

(Address)_____
_____ in

_____ County at o'clock ___. M. On the _____ day of _____, 20_____, by

Delivering to _____defendant, in person, a true copy of this Citation together with the accompanying _____ copy (ies) of the «Attachment». Petition attached thereto and I endorsed on said copy of the Citation the date of delivery.

To certify which I affix my hand officially this _____day of _____, 20.

Fees $_____

_____
      By_____
         Affiant                                                                                           Deputy

On this day, _____, known to me to be the person whose signature appears on the foregoing return, personally appeared. After being by me duly sworn, he/she stated that this citation was executed by him/her in the exact manner recited on the return.

SWORN TO AND SUBSCRIBED BEFORE ME, On this _____ day of _____, 20__.

_____
                                                                                        Notary Public

Certified Document Number: 1217773314 - Page 2 of 3

CAUSE NUMBER: 2025-51394

**RICHARD FERNANDEZ, JR.**
**PLAINTIFF**

VS.                                    **IN THE 61ST JUDICIAL DISTRICT COURT**
                                       **OF HARRIS COUNTY, TEXAS**

**SIG SAUER, INC, ET AL**
**DEFENDANT**

**DECLARATION OF SERVICE**

My name is **MAURICIO SEGOVIA**. I am over the age of eighteen (18), I am not a party to this case, and have no interest in its outcome. I am in all ways competent to make this affidavit and this affidavit is based on personal knowledge. The facts stated herein are true and correct. My business address is: 1301 E. Bardin Rd. #182919 , Arlington  TX , 76096, U.S.A.

ON **Thursday July 24, 2025 AT 09:48 AM - CITATION CORPORATE, PLAINTIFF'S ORIGINAL PETITION**, came to hand for service upon **SIG SAUER, INC (DELAWARE CORPORATION) BY SERVING ITS REGISTERED AGENT, COGENCY GLOBAL INC.**.

On **Thursday July 24, 2025** at **10:50 AM -** The above named documents were hand delivered to: **SIG SAUER, INC (DELAWARE CORPORATION) BY SERVING ITS REGISTERED AGENT, COGENCY GLOBAL INC. @ 1601 ELM STREET, SUITE 4360**, **DALLAS, TX 75201**, **in Person.** by delivering to Daisy Garcia, Client Service Specialist.

**FURTHER AFFIANT SAYETH NOT.**

STATE OF TEXAS                           DECLARATION

"My name is **MAURICIO SEGOVIA,** I am over the age of Eighteen, my business address is  1301 E. Bardin Rd. #182919 , Arlington  TX , 76096, U.S.A.**,** and I declare under penalty of perjury that this affidavit is true and correct."

Executed in **Dallas County, State of Texas on Thursday July 24, 2025**

*/s/ Mauricio Segovia*

**PSC#1689 EXP. 08/31/26**
Declarant; Appointed in accordance with State Statutes.

2025.07.1051692

efile@courtrecords.com



I, Marilyn Burgess, District Clerk of Harris County, Texas certify that this is a true and correct copy of the original record filed and or recorded in my office, electronically or hard copy, as it appears on this date.
Witness my official hand and seal of office this   August 15, 2025

Certified Document Number:        121777314 Total Pages: 3

*Marilyn Burgess*

Marilyn Burgess, DISTRICT CLERK
HARRIS COUNTY, TEXAS

**In accordance with Texas Government Code 51.301 and 406.013 electronically transmitted authenticated documents are valid. If there is a question regarding the validity of this document and or seal please e-mail support@hcdistrictclerk.com**