7/29/2025 3:40:57 PM
Marilyn Burgess - District Clerk
Harris County
Envelope No: 103727299
By: JEFFERSON, TIFFANY S
Filed: 7/29/2025 3:40:57 PM

CAUSE NO. 2025-51394

| | | |
|---|---|---|
| **RICHARD FERNANDEZ, JR.** § | | **IN THE DISTRICT COURT OF** |
| § | | |
| Plaintiff, § | | |
| § | | |
| v. § | | **HARRIS COUNTY, TEXAS** |
| § | | |
| **SIG SAUER, INC., and** § | | |
| **CTC GUNWORKS LLC** § | | |
| § | | |
| Defendants. § | | **61ST JUDICIAL DISTRICT** |

**ORDER GRANTING MOTION FOR SUBSTITUTED SERVICE OF PROCESS**

Pending before the Court is Plaintiff's Motion for Substituted Service Pursuant to Rule 106(b). It appears that Plaintiff has attempted but failed to personally serve CTC Gunworks, LLC ("Defendant" or "CTC") at the last known usual place of abode or business of Defendant's registered agent, Joshua Carl Crescenzi. It further appears to the Court that the manner of service ordered herein will be reasonably effective to give said Defendant notice of the lawsuit.

Therefore, the Motion for Substitute Service is GRANTED.

It is ORDERED that service of process may be made upon Defendant CTC Gunworks, LLC either by: (1) leaving a true copy of the citation, with a copy of the Petition and this Order authorizing substituted service attached, with anyone over sixteen (16) years of age at 3200 North Freeway, Houston, TX 77009 or 738 W. 43rd Street, Houston, TX 77018; or (2) firmly affixing a true copy of the citation, with a copy of the Petition and this Order authorizing substitute service attached, to the front door or security gate of the last known usual place of abode of Defendant's registered agent (738 W. 43rd Street, Houston, TX 77018) or business at the above address (3200 North Freeway, Houston, TX 77009).

*Order Authorizing Substituted Service of Process*

Page 1 of 2

Certified Document Number: 121858286 - Page 1 of 2

It is further ORDERED that the service made by the above methods shall not be deemed perfected unless it also complies with the following provisions, which shall be carried out by the same process server on the same day that delivery is made pursuant to (1) or (2) above:

a) A copy of the citation, Petition, and this Order shall be mailed by BOTH certified mail, return-receipt requested, AND by regular, first-class mail to the defendant at the same address at which service is authorized above;

b) The return of service shall not be made until thirty (30) days after mailing or until the process server receives back the green card from the post office, whichever date is earlier;

c) The return of service shall include a statement setting out the date of mailing and the result of the mailing by certified mail, and the date of mailing and result of same by regular, first-class mail (*i.e.*, whether the envelope was returned by the post office, the green card came back signed, etc.); and,

d) A copy of any envelope or green card returned by the post office shall be attached to the return of service.

It is further ORDERED that the return of service of the person executing service pursuant to this Order shall otherwise be made in accordance with Rule 107, Texas Rules of Civil Procedure. TEX. R. CIV. P. 107.

It is further ORDERED that service of process will be deemed complete upon compliance with this Order, regardless of whether Defendant signs the certified mail receipt.

SIGNED _____, 2025.

Signed: 7/30/2025

PRESIDING JUDGE



I, Marilyn Burgess, District Clerk of Harris County, Texas certify that this is a true and correct copy of the original record filed and or recorded in my office, electronically or hard copy, as it appears on this date.
Witness my official hand and seal of office this   August 15, 2025

Certified Document Number:        121858286 Total Pages:  2

*Marilyn Burgess*

Marilyn Burgess, DISTRICT CLERK
HARRIS COUNTY, TEXAS

**In accordance with Texas Government Code 51.301 and 406.013 electronically transmitted authenticated documents are valid. If there is a question regarding the validity of this document and or seal please e-mail support@hcdistrictclerk.com**