United States District Court
Southern District of Texas
**ENTERED**
September 30, 2025
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| RICHARD FERNANDEZ, JR., § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | Civil Action No. H-25-4007 |
| § | |
| SIG SAUER, INC., *et al.*, § | |
| § | |
| Defendants. § | |

## ORDER

Pending before the Court is Defendant' Motion to Strike and for Partial Dismissal of Plaintiff's Original Petition (Document No. 4). On September 11, 2025, Plaintiff filed their First Amended Complaint (Document No. 10). A review of the record in this matter reveals that Defendants' pending motion no longer addresses the operative complaint. Thus, having considered the pending motion, submissions, and applicable law, the Court determines that Defendants' motion should be denied as moot. Accordingly, the Court hereby

**ORDERS** that Defendants' Motion to Strike and for Partial Dismissal of Plaintiff's Original Petition (Document No. 4) is **DENIED AS MOOT**.

SIGNED at Houston, Texas, on this 30 day of September, 2025.

DAVID HITTNER
United States District Judge