IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **RICHARD FERNANDEZ, JR.** | § § § | |
| **Plaintiff,** | § § | |
| v. | § § | **CIVIL ACTION NO: 4:25-cv-04007** |
| **SIG SAUER, INC., and CTC GUNWORKS LLC** | § § § § | |
| **Defendants.** | § § | |

### [PROPOSED] ORDER DENYING DEFENDANT SIG SAUER, INC.'S MOTION TO STRIKE AND MOTION FOR PARTIAL DISMISSAL

Pending before the Court is Defendant Sig Sauer Inc.'s Motion to Strike and for Partial Dismissal of Plaintiff's First Amended Complaint (the "Motion") (ECF No. 18). After considering the merits of the Motion, Plaintiff's Response, and any reply thereto, the Court concludes that the Motion should be **DENIED.**

It is therefore **ORDERED** that Defendant Sig Sauer, Inc.'s Motion to Strike portions of Plaintiff's First Amended Complaint is **DENIED**.

It is further **ORDERED** that Defendant Sig Sauer, Inc.'s Motion for Partial Dismissal of Plaintiff's First Amended Complaint is **DENIED**.

SIGNED this _____ day of _____, 2025.

_____
UNITED STATES DISTRICT JUDGE