United States District Court
Southern District of Texas
**ENTERED**
May 19, 2026
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

RICHARD FERNANDEZ, JR.,          §
                                 §
         Plaintiff,              §
                                 §
v.                               §   Civil Action No. H-25-4007
                                 §
SIG SAUER, INC.,                 §
                                 §
         Defendant               §

## ORDER

Pending before the Court is Defendant Sig Sauer, Inc.'s Motion to Strike and For Partial Dismissal of Plaintiff's First Amended Complaint (Document No. 18). Having considered the motion, submissions, and applicable law, the Court determines that the motion should be denied. Accordingly, the Court hereby

**ORDERS** that Defendant Sig Sauer, Inc.'s Motion to Strike and For Partial Dismissal of Plaintiff's First Amended Complaint (Document No. 18) is **DENIED**.

SIGNED at Houston, Texas, on this __19__ day of May, 2026.

_____
DAVID HITTNER
United States District Judge