United States District Court
Southern District of Texas
**ENTERED**
June 26, 2026
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| RICHARD FERNANDEZ, JR., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. H-25-4007 |
| | § | |
| SIG SAUER, INC., AND CTC GUNWORKS LLC, | § | |
| | § | |
| | § | |
| Defendants. | § | |

ORDER

Pending before the Court is Plaintiff's Objections to the Magistrate Judge's June 12, 2026, Order (Document No. 57). Having considered the motion, submissions, and applicable law, the Court determines that the motion should be denied. Accordingly, the Court hereby

**ORDERS** that Plaintiff's Objections to the Magistrate Judge's June 12, 2026, Order (Document No. 57) is **DENIED**.

SIGNED at Houston, Texas, on this 26 day of June, 2026.

DAVID HITTNER
United States District Judge